**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**KEN RIPOLI,**

                **Plaintiff,**

**-vs-**                                                                      Case No. 6:08-cv-1396-Orl-22DAB

**PASQUINE-SCHELLENBERG**
**ENTERPRISES, INC., d/b/a Ormond Ace**
**Hardware,**
**NICHOLAS PASQUINE,**
**HARRIET PASQUINE,**

                **Defendants.**
_____

## ORDER

This cause is before the Court on the Joint Motion for Approval of Settlement (Doc. No. 21) filed on January 16, 2009.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations. Specifically, the Court finds that the settlement is a fair and reasonable resolution of a bona fide dispute over Fair Labor Standards Act issues.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed March 13, 2009 (Doc. No. 29) is ADOPTED and CONFIRMED and made a part of this Order.

2. The Joint Motion for Approval of Settlement (Doc. No. 21) is GRANTED.

The settlement is hereby APPROVED, provided that no part of Plaintiff's recovery is used to augment the fee allowance.

    3.    This case is DISMISSED WITH PREJUDICE.

    4.    The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on March 31, 2009.

Copies furnished to:

United States Magistrate Judge
Counsel of Record

ANNE C. CONWAY
United States District Judge